# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO





UNITED STATES OF AMERICA

V.

CARLOS ALBERTO ORANTES-HERNANDEZ



## CR 08    0092    MHP

DEFENDANT.

## INDICTMENT

Title 8 U.S.C. § 1326 - Illegal Reentry Following Deportation (Class C Felony)

---

_INDICT_

A true bill.

_____
Foreman

Filed in open court this ___21___ day of __FEBRUARY__
_____2008_____

**Brenda Tolbert**

_____
Clerk

MARIA-ELENA JAMES

Bail, $_____

NO BAIL ARREST WARRANT

CR08-92 MHP

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Term of Imprisonment of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ CARLOS ALBERTO ORANTES-HERNANDEZ    MHP

DISTRICT COURT NUMBER
CR 08 - 0092

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
Dept of Homeland Security/Immigration/Customs Enforcemt.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DEREK R. OWENS

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction    } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No  } If "Yes" give date filed  2/8/2008

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MHP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08 0092 |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | |
| CARLOS ALBERTO ORANTES-HERNANDEZ<br>a/k/a Carlos Hernandez Orantes,<br>a/k/a Carlos Orantes,<br>a/k/a Javier Hernandez Balbuena,<br>a/k/a Javier Balbuena,<br>a/k/a Javier Babualena, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about October 11, 2005, November 9, 2006, and April 4, 2007, the defendant,

CARLOS ALBERTO ORANTES-HERNANDEZ,
a/k/a Carlos Hernandez Orantes,
a/k/a Carlos Orantes,
a/k/a Javier Hernandez Balbuena,
a/k/a Javier Balbuena,
a/k/a Javier Babualena,

INDICTMENT                                                1

1  an alien, was excluded, deported and removed from the United States, and thereafter, on or about
2  February 8, 2008, was found in the Northern District of California, the Attorney General of the
3  United States and the Secretary for Homeland Security not having expressly consented to a re-
4  application by the defendant for admission into the United States, in violation of Title 8, United
5  States Code, Section 1326.

7  DATED: 2-21-08

A TRUE BILL.

FOREPERSON

10 JOSEPH P. RUSSONIELLO
   United States Attorney

13 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

15 (Approved as to form: _____)
   AUSA OWENS

INDICTMENT                                2