**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: March 3, 2008

Case No.   CR 08-0092  MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- CARLOS ORANTES-HERNANDEZ (c)(SP)

Attorneys:   Plf: Derek Owens
             Dft: Ron Tyler

Deputy Clerk:  Anthony Bowser   Court Reporter: Joan Columbini   Int: Melinda Basker

**PROCEEDINGS**

1)  Trial Setting

2)  _____

3)  _____

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 3/31/2008 at 10:00 am for Change of Plea Hearing;