JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS ALBERTO ORANTES- ) <br> HERNANDEZ, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 08-0092 MHP <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM MARCH 31, 2008 TO APRIL 14, 2008 |

    On March 3, 2008, the parties in this case appeared before the Court for a status conference for this case.  At that time, the parties represented that this is what is commonly referred to as a "1326 fast-track" case and that the U.S. Probation Office had already been contacted for the preparation of a modified presentence report (PSR).  The parties requested a change of plea and sentencing hearing to be scheduled for March 31, 2008, at 10:00 a.m.  The PSR was completed on March 28, and the parties did not have enough time to finalize the fast-track plea agreement before the March 31 hearing.  Therefore, the parties hereby jointly and respectfully request that the change of plea and sentencing hearing previously scheduled for March 31, 2008 be continued

STIP. AND ORDER
CR 08-0092 MHP

1  to 11:00 a.m. on April 14, 2008.

2  The parties agree that granting the continuance is the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/1/2008         /s/ Derek Owens
                        _____
                        DEREK R. OWENS
                        Assistant United States Attorney

DATED: 4/7/2008         /s/ Ronald Tyler
                        _____
                        RONALD TYLER
                        Attorney for Mr. ORANTES-HERNANDEZ

The change of plea and sentencing hearing previously scheduled for March 31, 2008, is hereby continued to 11:00 a.m. on April 14, 2008, before the Honorable Marilyn Hall Patel. The Court also finds that an exclusion of time between March 31, 2008 through April 14, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____         _____
                           THE HONORABLE MARILYN HALL PATEL
                           United States District Court Judge

STIP. AND ORDER
CR 08-0092 MHP                          2