UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: April 14, 2008

Case No.   CR 08-0092 MHP            Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- CARLOS ORANTES-HERNANDEZ (c)(SP)

Attorneys:   Plf: Derek Owens
             Dft: Ron Tyler

Deputy Clerk: Anthony Bowser   Court Reporter: Joan Columbini   Int: Melinda Basker

PROCEEDINGS

1) Change of Plea Hearing

2) Judgment & Sentencing

3) _____

ORDERED AFTER HEARING:

Defendant present in custody; Defendant advised of rights and charges, and waives further hearing and/or trial; Defendant enters a guilty plea as to count(s) one of the indictment;

Presentence Report waived; Counsel submit after further discussion of proposal of judgment; Defendant sentenced as follows:

> Custody of BOP for a period of 18 months (2/8/08); TSR of 3 years with standard and special conditions of release as listed in Judgment & Commitment Order; Fine waived; S/A of $100, to be paid from the IFRF;