1  BARRY J. PORTMAN
Federal Public Defender
2  RONALD C. TYLER
Assistant Federal Public Defender
3  450 Golden Gate Avenue
19th Floor, Box 36106
4  San Francisco, CA 94102
Telephone: (415) 436-7700
5

6  Counsel for Defendant

7

8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNIFED STATES OF AMERICA,           )   No. CR 10-0647 MHP
                                        )       CR 08-0092 MHP
12              Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER CONTINUING SENTENCING**
13         v.                            )   **HEARING**
                                        )
14  CARLOS ORANTES HERNANDEZ,            )
                                        )
15              Defendant.               )
    _____ )
16

17       Defendant and the government, through their respective counsel, hereby stipulate and

18  jointly request that the hearing presently set for January 24, 2011 be continued until February 7,

19  2011 at 10:00 a.m. The purpose of the continuance is to allow the defense to complete

20  presentence preparations. Defense counsel has been informed by United States Probation Officer

21  Charles Dickens that he is available on the proposed date.

22       IT IS SO STIPULATED.

23

24  Dated:   January 20, 2011          _____/s/_____
                                       RONALD TYLER
25                                     Assistant Federal Public Defender

26

Stipulation and [Proposed] Order Continuing
Hearing; *U.S. v. Orantes Hernandez;*
CR 10-0647 MHP                              1

1  Dated:   January 20, 2011              _____/s/_____
                                          LOWELL POWELL
2                                         Assistant United States Attorney

3

4

5                              [PROPOSED] ORDER

6     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

7  aforementioned matter is continued until February 7, 2011 at 10:00 a.m.

8

9     **IT IS SO ORDERED.**

10

11

12  Dated:___1/21/2011_____      _____
                                           THE HONORABLE MARILYN H. PATEL
13                                         UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation and [Proposed] Order Continuing
Hearing; *U.S. v. Orantes Hernandez;*
CR 10-0647 MHP                      2