UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0092-01 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| CARLOS ALBERTO ORANTES-HERNANDEZ, | |
| Defendant(s). / | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Ronald Tyler. The United States was represented by Assistant United States Attorney Lowell Powell.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that

he fully understands the consequences of the proceeding; and that he freely and voluntarily waives his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 2:   Violation of Standard Condition which states that defendant shall not commit any federal, state, or local crime in that on July 24, 2010, defendant re-entered the United States after being deported, in violation of 8 USC § 1326(a)(1) and (2) and 8 USC § 1326(b)(1) Re-entry of Deported Alien previously convicted of a felony;

Charge 3:   Violation of Special Condition One which states that defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement in that on July 24, 2010 defendant was arrested by San Francisco Police Department on an outstanding no-bail felony warrant. The defendant failed to obtain permission from the Secretary of Homeland Security to re-enter the United States.

Based on the foregoing,

IT IS ADJUDGED that Supervised Release is hereby REVOKED and defendant is sentenced to a further term of imprisonment of 14 months, to be served concurrent to the sentence imposed in CR 10-0647 MHP. No further Term of Supervised Release is ordered. Counts one and four of the petition are dismissed.

Dated: 2/8/2011

MARILYN HALL PATEL
United States District Court